IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL/ACHILLES ROMULUS GENTRY
ADC #142633                                                          PLAINTIFF

v.                       No. 2:21-cv-12-DPM-JJV

ROOSEVELT G. BARDEN, Captain,
E.A.R.U; JEREMY J. SYKES, Sergeant,
E.A.R.U.; ANTHONY JACKSON, Deputy
Warden, E.A.R.U.; MORIEON KELLY,
Captain, E.A.R.U.; and TERRANCE
DANIELS, Corporal, E.A.R.U.                                          DEFENDANTS

ORDER

Gentry agrees that Jackson should be dismissed from this lawsuit. *Doc. 27*. The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 26*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 21*, granted. Gentry's claims against Jackson are dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2021