# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

MICHAEL/ACHILLES ROMULUS GENTRY
ADC #142633                                                           PLAINTIFF

v.                          No. 2:21-cv-12-DPM

ROOSEVELT G. BARDEN, Captain,
E.A.R.U; JEREMY J. SYKES, Sergeant,
E.A.R.U.; MORIEON KELLY, Captain,
E.A.R.U.; and TERRANCE DANIELS,
Corporal, E.A.R.U.                                                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 39*, and overrules Gentry's objections, *Doc. 42*. FED. R. CIV. P. 72(b)(3). Gentry hasn't cured the problems in his discovery responses in his objections. Defendants' motion to dismiss, *Doc. 38*, is granted. Gentry's claims against Barden, Sykes, Kelly, and Daniels will be dismissed without prejudice for failure to prosecute. Gentry's embedded motion for appointment of counsel, *Doc. 42*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2022