IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL/ACHILLES ROMULUS GENTRY
ADC #142633                                                                      PLAINTIFF

v.                          No. 2:21-cv-12-DPM

ROOSEVELT G. BARDEN, Captain,
E.A.R.U; JEREMY J. SYKES, Sergeant,
E.A.R.U.; ANTHONY JACKSON, Deputy
Warden, E.A.R.U.; K. LAY, Head Warden,
E.A.R.U.; MORIEON KELLY, Captain,
E.A.R.U.; and TERRANCE DANIELS,
Corporal, E.A.R.U.                                                               DEFENDANTS

# JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2022